# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

140543

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GRANGER LAND DEVELOPMENT
COMPANY and GRANGER WASTE
MANAGEMENT COMPANY,
            Plaintiffs-Appellees,

v

SC: 140543
COA: 286355
Ct of Claims: 05-000083-MT

DEPARTMENT OF TREASURY,
            Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the December 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

p0719